

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Cruz, individually, | Case No.: 2:22-cv-1703 |
| Plaintiff, | |
| vs. | **Cardenas Markets LLC's Petition for Removal** |
| Cardenas Markets, LLC, a foreign limited liability company d/b/a Cardenas; Does I-X; and Roe Corporations XI through XX, inclusive, | |
| Defendants. | |

Cardenas Markets, LLC petitions to remove this case to the United States District Court for the District of Nevada from the Eighth Judicial District Court for the State of Nevada. This petition for removal is signed per Rule 11.

Removal is appropriate per 28 U.S.C. § 1441 because diversity jurisdiction is present per 28 U.S.C. 1332. Plaintiff alleges he is a citizen of Nevada.[1] Cardenas Markets, LLC's sole member is Cardenas Holdings, LLC, whose sole member is Hispanic Food Holdings, LLC. Hispanic Food Holdings, LLC's members are 1) Cardenas Markets, Inc, a California entity with its principal place of business in California; 2) NMFP Holdings, Inc., a California entity with its principal place of business in California; and 3) Train Investment Trust, whose trustee is a California citizen.

---

[1] ECF No. 1-2 at ¶ 1.

276326455v.1

Plaintiff filed his complaint on September 8, 2022 alleging injury from a slip and fall event occurring on December 1, 2020.[2] The complaint alleged general damages in excess of $75,000 and special damages in excess of $75,000.  The amount in controversy was met based on the face of the complaint.  Cardenas was served on September 19, 2022, thus removal is timely because it occurred within 30 days of service.

Based upon this, diversity jurisdiction is present and timely invoked.

DATED this 10th day of October, 2022.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
Attorneys for Cardenas Markets, LLC

**Certificate of Service**

Pursuant to NRCP 5, I certify on October 10, 2022, I served **Cardenas Markets LLC's Petition for Removal** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| Benson Allred Injury Law<br>333 N. Rancho Dr., Suite 420<br>Las Vegas, NV 89106<br>Attorneys for David Cruz | |

BY:  */s/ Michael Lowry*

---

[2] ECF No. 1-2 at ¶¶ 8-9.

-2-

276326455v.1