

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| David Cruz, individually, | Case No.: 2:22-cv-1703 |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| Cardenas Markets, LLC, a foreign limited liability company d/b/a Cardenas; Does I-X; and Roe Corporations XI through XX, inclusive, | |
| Defendants. | |

The parties stipulate to dismiss all claims in case 2:22-cv-1703, all parties to bear their own fees and costs. No trial date was set.

| WILSON ELSER | BENSON ALLRED |
|---|---|
| */s/ Michael P. Lowry* | */s/ Joshua L. Benson* |
| Michael P. Lowry, Esq. | Joshua L. Benson, Esq. |
| Nevada Bar No. 10666 | Nevada Bar No. 10514 |
| Jonathan C. Pattillo, Esq. | Attorneys for Plaintiff |
| Nevada Bar No. 13929 | |
| Attorneys for Cardenas Markets, Inc. | |

**IT IS SO ORDERED** July 19, 2023.

_____
UNITED STATES DISTRICT JUDGE

284809407v.1